Bryon J. Benevento (#05254)
Kimberly Neville (#09067)
Adam C. Buck (#12043)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
benevento.bryon@dorsey.com
neville.kimberly@dorsey.com
buck.adam@dorsey.com
*Attorneys for ATI Titanium LLC and Allegheny Technologies Incorporated*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| US MAGNESIUM, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>ATI TITANIUM LLC, a Delaware limited liability company, ALLEGHENY TECHNOLOGIES INCORPORATED, a Delaware corporation, and DOES 1-20,<br><br>        Defendants. | **APPENDIX TO DEFENDANTS' ALLEGHENY TECHNOLOGIES INCORPORATED'S MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No.  2:17-cv-00923-HCN-JCB<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |
| ATI TITANIUM LLC, a Delaware limited liability company,<br><br>        Counterclaim Plaintiff,<br><br>vs.<br><br>US MAGNESIUM, LLC, a Delaware limited liability company,<br><br>        Counterclaim Defendant. | |

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| Ex. A | Deposition of Karl Schwartz dated October 10, 2019 |
| Ex. B | Deposition of Scott Rantovich, dated October 10, 2019 |
| Ex. C | Certificate of Formation of ATI Titanium LLCATI Articles of Organization ATI Titanium |
| Ex. D | Declaration of Brad Forsythe dated May 21, 2018 |
| Ex. E | Agreement made between Allegheny Technologies Incorporation and US Magnesium LLC, Accepted and Agreed on April 12, 2006 (Exclusivity Agreement ATI_00054215) |
| Ex. F | Supply and Operating Agreement, dated as of September 1, 2006 between ATI Titanium LLC and US Magnesium, LLC (USM0000026) |
| Ex. G | Special Warranty Deed, executed February 2, 2007 between US Magnesium, LLC and ATI Titanium LLC (ATI_00067459) |
| Ex. H | ATI Titanium Financial Analysis Summary as of December 2016 (ATI_00067552, AEO) |
| Ex. I | 2016 Real Property Tax Assessment for ATI Titanium LLC (ATI_00068712) |
| Ex. J | Exemplar of ATI Titanium LLC Annual Meeting Minutes |
| Ex. K | Expert Witness Reports of Richard S. Hoffman dated February 25 and July 7, 2020 |
| Ex. L | ATI letter to US Magnesium, LLC dated August 23, 2016 regarding Supply and Operating Agreement dated September 1, 2006, as Amended (the "agreement") – Economic Force Majeure (AT_00003986) |
| Ex. M | Deposition of Rick S. Hoffman, CPA dated August 3, 2020 |